IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

| | |
|---|---|
| RICKY LOWE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 3:17-cv-04285 |
| ) | |
| HARTFORD LIFE AND ACCIDENT ) | |
| INSURANCE COMPANY, a Connecticut ) | |
| Corporation and DOES 1 through 5, ) | |
| inclusive, ) | |
| ) | |
| Defendants. | |

### STIPULATION OF DISMISSAL

Plaintiff Ricky Lowe, by his counsel, and Defendant Hartford Life and Accident Insurance Company, by its counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the dismissal of this action in its entirety with prejudice, with each party to pay its own fees and costs incurred.

Respectfully submitted this 19th day of March, 2018.

/s/ J. Patrick L. Stephens
J. Patrick L. Stephens, Esquire   WVSB # 10262
UNDERWOOD LAW OFFICES
923 Third Avenue
Huntington, WV 25701
Telephone: 304-522-0508
Facsimile: 972-292-7828
*Attorney for the Plaintiff*

/s/ J. Patrick L. Stephens   WVSB # 10262
   for David Kersey
David M. Kersey, Esquire
West Virginia State Bar No. 2018
Brewster, Morhous, Cameron, Caruth,
   Moore, Kersey & Stafford, PLLC
418 Bland Street
Post Office Box 529
Bluefield, West Virginia 24701
(304) 324-0349
*Attorney for Defendant, Hartford
Life and Accident Insurance Company*

## CERTIFICATE OF SERVICE

This is to certify that on this 14th day of March, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following counsel of record:

David M. Kersey, Esquire
West Virginia State Bar No. 2018
Brewster, Morhous, Cameron, Caruth,
Moore, Kersey & Stafford, PLLC
418 Bland Street
Post Office Box 529
Bluefield, West Virginia 24701
(304) 324-0349
*Attorney for Defendant, Hartford
Life and Accident Insurance Company*

_____
J. Patrick L. Stephens